09 OCT 23 PM 1:29

09 mc 23

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BELFOR USA GROUP, INC., | * | CIVIL ACTION |
| | * | |
| Plaintiff, | * | NO. 09-0158 |
| | * | |
| v. | * | SECTION "N" |
| | * | JUDGE ENGELHARDT |
| BELLEMEADE PARTNERS, LLC, et al., | * | |
| | * | MAG. DIV. (4) |
| Defendants. | * | MAG. JUDGE ROBY |
| | * | |

*******************************************

## JUDGEMENT

Considering the foregoing Motion to Enter Default Judgment against Bellemeade Partners, LLC, Dr. Rao V. Kata, Dr. Mohan D. Gandhi, and Dr. Choudary C. Ganga ("Motion"), and for good cause shown;

**IT IS HEREBY ORDERED** that Judgement be entered in accordance with Fed. Rule Civ. P. 55(b)(1) in favor of Plaintiff, Belfor USA Group, Inc., and against Bellemeade Partners, LLC, Dr. Rao V. Kata, Dr. Mohan D. Gandhi, and Dr. Choudary C. Ganga ("Defendants"), as described below, with all costs and judicial interest taxed against Defendants, each to be bound solidarily to Belfor in the amounts as follows:

(1) $32,368.90 as the amount owed under Promissory Note 1 through July 31, 2009;

(2) $10.26 per day in default interest on Promissory Note 1 commencing on August 1, 2009, and continuing for each day thereafter until this Judgment is paid in full;

(3) $370,766.89 representing the amount owed under Promissory Note 2 as of August 31, 2009;

(4) $148.57 per day in default interest on Promissory Note 2 commencing on September 1, 2009, and continuing for each day thereafter until the Judgment is paid in full;

(5) Reasonable attorneys' fees as provided in Promissory Notes 1 and 2, to be determined by the Court at a later date by application by Belfor to the Magistrate Court;

(6) Fees and costs incurred in the prosecution of the captioned matter, as provided by Fed. Rule Civ. P. 54(d)(2), such amount to be determined in the first instance by application by Belfor to the Magistrate Court.

New Orleans, Louisiana, this  7th  day of  October , 2009.

CLERK OF COURT

United States District Judge

2

CLERK'S OFFICE
A TRUE COPY
OCT 1 6 2009
Deputy Clerk, U. S. District Court
Eastern District Of Louisiana
New Orleans, La.